UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES FRAUSTO,<br><br>   Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 25, inclusive,<br><br>   Defendants. | No.  2:23-CV-00807 KJM KJN<br><br>**ORDER** |

The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly reassign this case to another district judge for any further proceedings that may be appropriate or required.  All dates set in the above-entitled action before the undersigned are hereby vacated. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment

DATED: July 4, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1